**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 1, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

NF

| In the Matter of | Case Number: |
|---|---|
| JOE HAND PROMOTIONS, INC., as Broadcast Licensee of the August 25, 2007 UFC #74 Program, Plaintiff, -against- ANTONIS POLYCHRONIS, Individually, and d/b/a KICK OFFS, and KICK OFFS, Defendants. | 07 C 6194 JUDGE LINDBERG MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, JOE HAND PROMOTIONS, INC.

| NAME (Type or print) |
|---|
| Julie Cohen Lonstein, Esq. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Julie Cohen Lonstein |

| FIRM |
|---|
| Lonstein Law Office, P.C. |

| STREET ADDRESS |
|---|
| 1 Terrace Hill, P.O. Box 351 |

| CITY/STATE/ZIP |
|---|
| Ellenville, New York   12428 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90784647 | (845)647-8500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |