**FILED**
**NOVEMBER 1, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**NF**

---

**JOE HAND PROMOTIONS, INC.**, as
Broadcast Licensee of the **August 25, 2007**
**UFC #74** Program,

        Plaintiff,

-against-

ANTONIS POLYCHRONIS, Individually, and
d/b/a KICK OFFS, and KICK OFFS,

        Defendants.

---

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No.

**07 C 6194**

**JUDGE LINDBERG**
**MAGISTRATE JUDGE COLE**

COME NOW the Plaintiff, **JOE HAND PROMOTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated: November 1, 2007
      Ellenville, New York

                            **JOE HAND PROMOTIONS, INC.**

                            By: /s/Julie Cohen Lonstein
                                JULIE COHEN LONSTEIN, ESQ.
                                Attorney for Plaintiff
                                Bar Roll No. 90784647
                                LONSTEIN LAW OFFICE, P.C.
                                Office and P.O. Address
                                1 Terrace Hill : P.O. Box 351
                                Ellenville, NY 12428
                                Telephone: (845) 647-8500
                                Facsimile:  (845) 647-6277
                                Email: Info@signallaw.com
                                *Our File No.  07-12Il-N02V*