UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **August 25, 2007**
**UFC #74** Program,      Plaintiff,     Civil Action No. 07-CV-6194-GWL-JC

-against-

ANTONIS POLYCHRONIS, Individually, and
d/b/a KICK OFFS, and KICK OFFS,

Defendants.

---

The undersigned certifies that on the **4th** day of January 2008, your deponent served the following documents by regular mail:

Notice of January 30, 2008 Status Hearing

upon:
Antonis Polychronis
484 Leahy Circle
Manteno, IL 60950

Kick Offs
3533 W. 159th St.
Manteno, IL 60428

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.