# Affidavit of Process Server

07C6194

| Joe Hand Promotions | vs | Antonis Polychronis, et al. | |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Terrance Dubois**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Antonis Polychronis**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☒ **Summons and Complaint**

by serving (NAME) **Antonis Polychronis**
at ☒ Home **484 Leahy Circle - Manteno, IL 60950**
☐ Business _____
☒ on (DATE) **12-24-07** at (TIME) **08:42 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____
( ) _____ , ( ) _____ , ( ) _____

**Description:**
☒ Male ☐ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☒ 131-160 Lbs.
☒ Brown Skin ☐ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☒ 5'9"-6'0" ☒ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

X _____ #117-0016
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this **28** day of **December** 20**07**

NOTARY PUBLIC

OFFICIAL SEAL
CHRISTOPHER D MORRICAL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/15/09

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

59368

(Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JOE HAND PROMOTIONS, INC., as Broadcast Licensee of the August 25, 2007 UFC #74 Program,
Plaintiff,

v.

ANTONIS POLYCHRONIS, Individually, and d/b/a KICK OFFS, and KICK OFFS,
Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**07 C 6194**

JUDGE LINDBERG
MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

ANTONIS POLYCHRONIS, Individually, and d/b/a KICK OFFS
484 Lenhy Circle
Manteno, IL 60950

Our File No. 07-121L-N02V

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845) 647-8500

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
DEPUTY CLERK

NOV 0 1 2007
DATE