## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6194 |
|---|---|
| JOE HAND PROMOTIONS, INC., v. POLYCHRONIS, Individually and d/b/a KICK OFFS, and KICK OFFS | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

POLYCHRONIS, Individually and d/b/a KICK OFFS, and KICK OFFS

| | |
|---|---|
| NAME (Type or print)<br>William J. Sneckenberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  William J. Sneckenberg | |
| FIRM<br>Sneckenberg, Thompson & Brody, LLP | |
| STREET ADDRESS<br>161 North Clark Street, Suite 3575 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2660148 | TELEPHONE NUMBER<br>(312) 782-9320 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES    NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |