IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. <br> as Broadcast Licensee of the <br> August 25, 2007 UFC #74 Program, <br><br> Plaintiff, <br><br> v. <br><br> ANTONIS POLYCHRONIS, Individually, <br> And d/b/a Kickoffs, and KICKOFFS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No.   07 C 6194 <br> ) <br> )   Judge Lindberg <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on the 30th day of January, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the **Honorable George W. Lindberg,** Courtroom **1425** in the United Stated District Court for the Northern District of Illinois, Eastern Division and shall then and there move for a hearing on, **Defendant's Motion to Dismiss,** a copy of which is served upon you.

S/ MATTHEW L. MCBRIDE
SNECKENBERG, THOMPSON & BRODY, LLP
161 North Clark Street, Suite 3575
Chicago, IL 60601
312/782-9320

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2008, he caused the foregoing Notice to be filed electronically through the CM/ECF system and be delivered to all parties of record.

S/ MATTHEW L. MCBRIDE