## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6194 | **DATE** | 1/28/2008 |
| **CASE TITLE** | Joe Hand Promotions, Inc. v. Antonis Polychronis, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss [13] is entered and continued. Response due 2/11/08. Reply due 2/19/08. In court ruling on 3/19/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|