# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6194 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Joe Hand Promotions vs. Antonis Polychronis | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 2/21/2008 at 9:00a.m. Discovery cutoff date set for 6/4/2008. Discovery hearing set for 5/7/2008 at 9:30a.m. Motion for summary judgment due 6/25/2008. Response to the motion for summary judgment due 7/9/2008. Reply to the motion for summary judgment due 7/16/2008. Ruling on the motion for summary judgment set for 8/13/2008 at 9:30a.m. Proposed final pretrial order to be submitted to chambers by 10:00a.m. on 8/25/2008. Jury trial set for 9/2/2008 at 10:00a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SLB |
|---|---|---|