IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. )<br>as Broadcast Licensee of the )<br>August 25, 2007 UFC #74 Program, )<br>   )<br>Plaintiff, )<br>   )<br>v. )<br>   )<br>ANTONIS POLYCHRONIS, Individually, )<br>And d/b/a Kickoffs, and KICKOFFS, )<br>   )<br>Defendants. ) | No.   07 C 6194<br><br>Judge Lindberg |

**DEFENDANT'S SUPPLEMENTAL CITATIONS TO REPLY**
**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

| Case | Cited As | Westlaw Cite |
|---|---|---|
| Newkirk v. Village of Steger | 2004 U.S. Dist. Lexis 19192 (N.D. IL 2004) | 2004 WL 2191589 (N.D. Ill. 2004) |
| Kingvision v. Sir. Richard's Inc. | 2003 U.S. Dist. Lexis 9735 (E.D. Penn. 2003) | Unable to locate |
| Kingvision v. Wok's Up Restaurant | 2006 U.S. Dist. Lexis 28447 (D.C. Ore. 2006) | 2006 WL 1215153 (D.C. Ore. 2006) |
| Garden City Boxing Club v. Jose Luiz Razoalvardo | 2007 U.S. Dist. Lexis 34719 (E.D. Cal. 2007) | 2007 WL 1411732 (E.D. Cal. 2007) |
| J&J Sports Productions v. Andy Foxe | 2007 U.S. Dist Lexis 42209 (S.D.N.Y 2006) | 2007 WL 1686688 (S.D.N.Y 2006) |
| J&J Sports Productions v. Justo Reales | 2006 U.S. Dist. Lexis 67700 (E.D.N.Y 2006) | Unable to Locate |

The Defendant has also attached a copy of Newkirk v. Village of Steger, 2004 WL 2191589 (N.D. Ill. 2004), labeled as Exhibit 1, since it is cited in its Reply for the first time. It is expected that Plaintiff will be filing hard copies of its cited unpublished cases as required.

                    ANTONIS POLYCHRONIS, d/b/a Kickoffs, and KICKOFFS, Defendants

BY:    <u>Matthew L. McBride</u>
        William J. Sneckenberg
        Matthew L. McBride
        SNECKENBERG, THOMPSON & BRODY, LLP
        161 N. Clark, Suite 3575
        Chicago, IL 60601
        (312) 782-9320
        Firm ID 26052

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2008, he caused the foregoing Supplemental Citations to be filed electronically through the CM/ECF system which caused Notice to be served upon all parties of record.


<u>s/ Matthew L. McBride</u>