IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. )<br>as Broadcast Licensee of the )<br>August 25, 2007 UFC #74 Program, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTONIS POLYCHRONIS, Individually, )<br>And d/b/a Kickoffs, and KICKOFFS, )<br>)<br>Defendants. ) | No.   07 C 6194<br><br>Judge Lindberg |

**STIPULATION OF DISMISSAL**

NOW COME the parties and Stipulate to Dismissal of the above entitled matter, by stating the following:

1. The parties have reached an Agreement resolving this matter.

2. As the parties have reached an Agreement, there is no longer any controversy between the parties.

3. The parties are jointly requesting this matter be dismissed with prejudice, each party to bear their own costs and fees.

SO STIPULATED.

                JOE HAND PROMOTIONS, Inc., Plaintiff

BY:   S/ Julie Cohen Lonstein
        Julie Cohen Lonstein
        LONSTIEN LAW OFFICE, P.C.
        1 Terrace Hill
        Ellenville, New York 12428
        (845) 647-8500
        (845) 647-6277 (fax)

        ANTHONY POLYCHRONIS, Individually and d/b/a Kickoffs, and ANTHONY POLYCHRONIS, Defendants

BY:    S/ Matthew L. McBride
William J. Sneckenberg
Matthew L. McBride
SNECKENBERG, THOMPSON & BRODY, LLP
161 N. Clark, Suite 3575
Chicago, IL 60657
(312) 782-9320
(312) 782-3787

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 26, 2008, he caused the foregoing Stipulation to be filed electronically through the CM/ECF system which caused Notice to be served upon all parties of record.

s/ Matthew L. McBride

2